# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0781
Lower Tribunal No. 2014CF000522

_____

JUAN FIGUEROA-RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and PRATT, JJ., concur.


Juan Figueroa-Rivera, Bushnell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED